UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARON M. PRESTLEY, SR., | |
| Plaintiff, | No. C 11-0415 PJH (PR) |
| vs. | **ORDER OF DISMISSAL** |
| GEGORY J. AHERN, E. BACK, D. BORG, TEMP, KYLES, and HOLMES, | |
| Defendants. / | |

This is a civil rights case filed pro se by a state prisoner. Mail that the clerk sent to plaintiff at his last known address has been returned by the post office as undeliverable. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: October 3, 2011.

PHYLLIS J. HAMILTON
United States District Judge

P:\PRO-SE\PJH\CR.11\PRESTLEY0415.DSM.wpd